UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-11875-AH-SKx | Date | November 18, 2026 |
| Title | *Wilson John Charles Lai v. United States Citizenship and Immigration Services et al.* | | |

Present: The Honorable Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

Charles Lai sued the United States Citizenship and Immigration Services and certain government officials, seeking the Court to compel Defendants to "adjudicate his renewals for I-821D, Consideration of Deferred Action for Childhood Arrivals (Receipt Number IOE9296257536), and I-765, Application to Employment Authorization (Receipt Number IOE9296257537)." Dkt. No. 1 at 1.

On October 30, 2026, Plaintiff moved to dismiss the case, and claimed that USCIS has already approved both applications, rendering the matter moot. *See* Dkt. No. 9.

The Court construes the motion to dismiss as a notice of dismissal under Federal Rule of Civil Procedure 41. The Court dismisses the action without prejudice.

**IT IS SO ORDERED.**